THE STATE EX REL. WILLIAMS, APPELLANT, *v.* BESSEY,

JUDGE, ET AL., APPELLEES.

[Cite as *State ex rel. Williams v. Bessey*, 125 Ohio St.3d 447, 2010-Ohio-2113.]

*Appeal from dismissal of a petition for a writ of mandamus — Adequate remedy at law — Judgment affirmed.*

(No. 2009-2295 — Submitted May 12, 2010 — Decided May 19, 2010.)

APPEAL from the Court of Appeals for Franklin County, No. 08AP-158, 2009-Ohio-5852.

_____

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the mandamus action filed by appellant, Alan Williams. In the absence of a patent and unambiguous lack of jurisdiction on the part of the judge to whom a case was allegedly transferred, Williams has an adequate remedy by appeal to challenge the transfer of the case to the judge. See *State ex rel. Carr v. McDonnell*, 124 Ohio St.3d 62, 2009-Ohio-6165, 918 N.E.2d 1004; *State ex rel. Key v. Spicer* (2001), 91 Ohio St.3d 469, 469, 746 N.E.2d 1119 ("a claim of improper assignment of a judge can generally be adequately raised by way of appeal"). Williams did not allege sufficient facts to indicate any jurisdictional defect, much less a patent and unambiguous one. We also deny Williams's motion for oral argument.

Judgment affirmed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Alan Williams, pro se.

Ron O'Brien, Franklin County Prosecuting Attorney, and Paul Thies, Assistant Prosecuting Attorney, for appellees.

_____